IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01415-MSK-CBS

RICH FLOORS, LLC, and
DAVID SERVICK,

      Plaintiffs,

v.

JAYLON, INC., and
THORNTON, LLC,

      Defendants.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiffs commenced this action in the Adams County District Court. They assert claims of "constructive eviction" and "personal injury," and seek to recover an unspecified amount of damages.

In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. They contend that the requisite amount in controversy is established solely by the Plaintiffs' election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing

of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Adams County District Court.

Dated this 10th day of July, 2008

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge